No. 231, Misc.  GILLIAM *v.* MICHIGAN; and

No. 248, Misc.  JAMES *v.* UNITED STATES.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 228, Misc.  BROOKS *v.* UNITED STATES.  Motion for leave to file petition for writ of mandamus denied.

No. 415.  COUNTY OF MARIN ET AL. *v.* UNITED STATES ET AL.  Appeal from the United States District Court for the Northern District of California.  Probable jurisdiction noted.  *Spurgeon Avakian* for appellants.  *Solicitor General Rankin, Assistant Attorney General Hansen* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, and *Allan P. Matthew* for the Golden Gate Transit Lines et al., appellees.

No. 455.  UNITED STATES *v.* CORES.  Appeal from the United States District Court for the District of Connecticut.  Probable jurisdiction noted.  *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 137, Misc.  DANDRIDGE *v.* UNITED STATES.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted.  *Bernard Dunau* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.